UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO: 14-cv-21870-GOLD/Turnoff

ROBERT NELSON,

    Plaintiff,

vs.

NCL (BAHAMAS) LTD., a Bermuda
Company d/b/a Norwegian Cruise Line
and MANDARA SPA (CRUISE II), LLC,

    Defendants.
_____/

## DEFENDANT, MANDARA SPA (CRUISE II), LLC'S, CORPORATE DISCLOSURE STATEMENT

Defendant, MANDARA SPA (CRUISE II), LLC ("Mandara"), by and through undersigned counsel and in compliance with Fed. R. Civ. P. 7.1, hereby files its Corporate Disclosure Statement as follows:

Mandara is a non-governmental corporate party to the above-styled action.

Steiner Transocean Limited owns more than 10% of Mandara's stock.

No other publicly held corporation owns 10% or more of Mandara's stock.

Dated:  July 24, 2014
        Miami, Florida

                Respectfully submitted,

                **FOREMAN FRIEDMAN, P.A.**

        BY: */s/ Brian H. McGuire*
                DARREN W. FRIEDMAN, ESQ. (FBN 0146765)
                dfriedman@fflegal.com
                BRIAN H MCGUIRE, ESQ. (FBN 91848)
                bmcguire@fflegal.com
                One Biscayne Tower, Suite 2300
                2 South Biscayne Boulevard

Miami, FL  33131<br>
Tel: 305-358-6555/Fax: 305-374-9077<br>
Counsel for Defendants

## CERTIFICATE OF SERVICE

WE HEREBY CERTIFY that the foregoing was electronically filed with the Clerk of the Court via CM/ECF on this 24th day of July, 2014. We also certify that the foregoing was served on all counsel or parties of record on the attached Service List either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronic Notices of Filing.

By: */s/   **Brian H. McGuire**            *
Brian H McGuire, Esq.

## SERVICE LIST
CASE NO: 14-cv-21870-GOLD/Turnoff

| | |
|---|---|
| Glenn J. Holzberg, Esq. | Darren W. Friedman, Esq. |
| glenn@holzberglegal.com | dfriedman@fflegal.com |
| Law Office of Glenn J. Holzberg | Brian H. McGuire, Esq. |
| Offices at Pinecrest II, Suite 220 | bmcguire@fflegal.com |
| 7685 S.W. 104th Street | FOREMAN FRIEDMAN, PA |
| Miami, Florida 33156 | One Biscayne Tower – Suite #2300 |
| Tel: 305-668-6410/Fax:305-667-6161 | 2 South Biscayne Boulevard |
| Counsel for Plaintiff | Miami, Florida 33131 |
| | Tel: 305-358-6555/ Fax: 305-374-9077 |
| | Counsel for Defendants |